UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20841-Civ-COOKE/TORRES

LIONAL DALTON,

    Plaintiff,

vs.

INTER-AMERICAN EXPORTS
& IMPORTS, INC., and SAN
LEE TRADING, INC.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stip. Dismissal with Prejudice, ECF No. 25. Each party shall bear his or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 8th day of August 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*